UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-02273-SPG-DSR | Date | May 28, 2026 |
| Title | Maud Valerie Tortu et al v. Immigrant Investor Program Office et al | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT UNITED STATES DISTRICT JUDGE |

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:**   **(IN CHAMBERS) ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT [ECF NO. 11]**

Before the Court is the parties' joint Stipulation for Extension of Time to Respond to Initial Complaint, (ECF No. 11 ("Stipulation")). The parties request a sixty-day extension for Defendants Immigrant Investor Program Office and Joseph B. Edlow, Director of U.S. Citizenship and Immigration Services, to answer, plead, or otherwise respond to the Complaint, (ECF No. 1 ("Complaint")), due to administrative processing. (*Id.*).

Upon review of the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation. Defendants' deadline to respond to the Complaint is extended from May 27, 2026, to July 27, 2026.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer   pg